IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN WAYS, JR., FRANK FIROZ, CHRISTIAN FIROZ, RHONDA DECAMP, CONSTANCE HAGELSTEIN, JOSHUA WELLBORN, ALAN DAVIS, MARK COONEY, MICHAEL BLACKSTONE, DAVID ROBERTS,  NKOSI, INC., a Nebraska corporation; and JEANETTE BELK,<br><br>                    Defendants. | 8:12CR391<br><br>ORDER |

This matter is before the court on its own motion.  The prosecution of this case has proceeded to conclusion with respect to all defendants except NKOSI, Inc.  The court's finding that NKOSI's corporate entity should be disregarded and that NKOSI, Inc. is the alter ego of defendant John Ways, Jr., (Filing No. 584), the affirmance of that finding by the United States Court of Appeals for the Eighth Circuit (Filing No. 707), and entry of the Final order of Forfeiture (Filing No. 709) dispose of the action as it relates to defendant NKOSI, Inc.  Accordingly,

IT IS ORDERED:

The Clerk of Court is directed to close this criminal case against defendant NKOSI, Inc.

Dated this 14th day of November, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge